THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING   EXCEPT  AS  PROVIDED  BY  RULE  (d)(2),  SCAR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
John Christopher Johnson, Appellant.
 
 
 

Appeal From Williamsburg County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2005  UP  561
Submitted October 3, 2005  Filed October 24, 2005   

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda H. Carter, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  John Christopher Johnson appeals his conviction for two counts of armed robbery and two counts of a possession of a weapon during a violent crime, alleging the trial judge erred in accepting Johnsons guilty plea without fully advising him of the sentencing consequences thereof.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Johnsons appeal and grant counsels motion to be relieved.[1]
 APPEAL DISMISSED.
HEARN, C.J. and STILWELL and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.